



Life vest unde[r]

asten seat belt while seated
No smoking