IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION
FILE NUMBER 1:19-cv-00808-LCB-JLW

| | |
|---|---|
| **Rosetta Swinney**, an individual and legal guardian and next of friend to **J. S.**, a minor,<br><br>Plaintiff,<br><br>v.<br><br>**Frontier Airlines, Inc; Indigo Partners LLC; ABC Corporation 1-5; Jane Doe** and **John Doe 1-10**<br><br>Defendants. | NOTICE OF APPEARANCE |

NOTICE OF APPEARANCE

Please take notice that the undersigned Harry M. Daniels hereby enters a notice of special appearance as counsel for Rosetta Swinney, an individual and legal guardian and next of friend to J. S., a minor in the above-captioned matter, in association with Local Civil Rule 83.1(d) counsel, Charles Tyrell Clemons.

I certify that I will submit any document to Local Civil Rule 83.1(d) counsel for review prior to filing the document with the court.

Respectfully submitted this 5th day of September 2019.

/s/Harry M. Daniels, Esq
Harry Daniels, Esq.
Georgia Bar Number 234158

*Attorney for Plaintiff*

**Daniels & James, LLC**

233 Peachtree Street NE Suite 1200
Tel: (678) 664-8529
Fax: (800) 867-5248
daniels@danielsjameslaw.com

Julian M. Hall
North Carolina Bar No.: 43398

*Local Civil Rule 83.1(d)*
*Attorney for Plaintiff*

The Law Office of Julian M. Hall
817 N Mangum Street
Durham, NC 27701
Tel. (919) 530-1130
Fax. (919) 530-1131
Julianmhall01@gmail.com