# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA
## GREENSBORO DIVISION
## FILE NUMBER: 1:19-cv-00808-LCB-JLW

| | |
|---|---|
| **Rosetta Swinney**, an individual and legal guardian and next of friend to **J. S.,** a minor, <br><br><br> Plaintiff, <br><br><br> v. <br><br> **Frontier Airlines, Inc; Indigo Partners LLC; ABC Corporation 1-5; Jane Doe** and **John Doe 1-10** <br><br><br><br><br><br> Defendants. | NOTICE OF APPEARANCE |

## ENTRY OF APPEARANCE FOR SHARIKA ROBINSON ON BEHALF OF PLAINTIFF ROSETTA SWINNEY

COMES NOW, SHARIKA ROBINSON, informs this Court and opposing counsel of her appearance as counsel on behalf of Plaintiff Rosetta Swinney, an individual and legal guardian and next of friend to J. S., a minor in the above-captioned matter. Counsel requests a copy of all future correspondence, docket notices or other

official communications directed or pertaining to Plaintiff ROSETTA SWINNEY, to

be served to the undersigned at the following address:


SHARIKA ROBINSON
The Law Offices of Sharika M. Robinson, PLLC
10230 Berkeley Place Drive, Suite 220
Charlotte, NC 28262
Ph.: 704-561-6771
Email: srobinson@sharikamrobinsonlaw.com


Respectfully submitted, this 13th day of September, 2019.


/s/Sharika M. Robinson
Sharika M. Robinson
North Carolina Bar No.: 44750
*Attorney for Rosetta Swinney*
*admitted in this District*


DANIELS & JAMES, LLC
233 Peachtree St. NE Ste. 1200
Atlanta, GA 30303
Tel. 678.664.8529
Fax. 800.867.5248
daniels@danielsjameslaw.com
*Special Counsel for Rosetta Swinney,*

And

Julian M. Hall
North Carolina Bar No.: 43398
The Law Office of Julian M. Hall
817 N Mangum Street
Durham, NC 27701
Tel. (919) 530-1130
Fax. (919) 530-1131
julianmhall101@gmail.com
*Attorney for Rosetta Swinney admitted in this District*

2