IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Greensboro Division
No. 1:19-cv-00808-LCB-JLW

| | |
|---|---|
| ROSETTA SWINNEY, an individual and legal guardian and next friend to J.S., a minor,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FRONTIER AIRLINES, INC.; INDIGO PARTNERS, LLC, ABC CORPORATION 1-5; JANE DOE and JOHN DOE 1-10,<br><br>　　　　Defendants. | **NOTICE OF APPEARANCE OF ROBERT J. MORRIS** |

PLEASE TAKE NOTICE of the appearance of Robert J. Morris, a partner in the Raleigh, North Carolina law firm Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan, LLP, as counsel in this action for defendants Frontier Airlines, Inc. and Indigo Partners, LLC.

Mr. Morris is a member in good standing of the North Carolina State Bar and is admitted to practice before this Court.

Mr. Morris' complete contact information appears below.

1

This the 24th day of October, 2019.

                              /s/ Robert J. Morris
                              Robert J. Morris
                              N.C. State Bar No. 15981
                              jmorris@smithlaw.com
                              SMITH ANDERSON BLOUNT DORSETT
                              MITCHELL & JERNIGAN, LLP
                              2300 Wells Fargo Capitol Center
                              150 Fayetteville Street
                              Raleigh, North Carolina 27601
                              Telephone: (919) 821-1220
                              Facsimile: (919) 821-6800

                              Attorneys for Frontier Airlines, Inc. and
                              Indigo Partners, LLC

## CERTIFICATE OF SERVICE

I hereby certify that, on the 24th day of October, 2019, the foregoing NOTICE OF APPEARANCE OF ROBERT J. MORRIS was filed with the Clerk of Court using the CM/ECF system, which will cause notice hereof to be sent to all attorneys of record for plaintiff Rosetta Swinney as follows:

| | |
|---|---|
| Harry M. Daniels | daniels@danielsjameslaw.com |
| Julian M. Hall | julianmhall01@gmail.com |
| Sharika M. Robinson | srobinson@sharikamrobinsonlaw.com |

This the 24th day of October, 2019.

/s/ Robert J. Morris
Robert J. Morris
N.C. State Bar No. 15981
jmorris@smithlaw.com
SMITH ANDERSON BLOUNT DORSETT
MITCHELL & JERNIGAN, LLP
2300 Wells Fargo Capitol Center
150 Fayetteville Street
Raleigh, North Carolina 27601
Telephone: (919) 821-1220
Facsimile: (919) 821-6800