UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

Rosetta Swinney, et al.

        Plaintiff(s),

vs. Frontier Airlines, Inc. et al.

        Defendant(s).

**Case No.:** 1:19-cv-00808-LCB-JLW

## DISCLOSURE OF CORPORATE, AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

PLEASE COMPLETE ONLY ONE FORM FOR EACH NON-GOVERNMENTAL CORPORATE PARTY. COUNSEL HAVE A CONTINUING DUTY TO UPDATE THIS INFORMATION. PLEASE FILE AN ORIGINAL AND ONE COPY OF THIS FORM. PLAINTIFF OR MOVING PARTY MUST SERVE THIS FORM ON THE DEFENDANT(S) OR RESPONDENT(S) WHEN INITIAL SERVICE IS MADE.

Frontier Airlines, Inc. who is Defendant,
(Name of Party)      (Plaintiff/moving party or defendant)

makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

   ( ) Yes        (✔) No

2. Does party have any parent corporations?

   (✔) Yes        ( ) No

   If yes, identify all parent corporations, including grandparent and great-grandparent corporations: Frontier Airlines Holdings, Inc.

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

    ( ) Yes    (✔) No

If yes, identify all such owners: _____
_____
_____

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

    ( ) Yes    (✔) No

If yes, identify entity and nature of interest: _____
_____
_____

/s/ Robert J. Morris          10/24/2019

(Signature)          (Date)

MDNC (01/03)

# CERTIFICATE OF SERVICE

I hereby certify that, on the 24th day of October, 2019, the foregoing DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION was filed with the Clerk of Court using the CM/ECF system, which will cause notice hereof to be sent to all attorneys of record for plaintiff Rosetta Swinney as follows:

    Harry M. Daniels          daniels@danielsjameslaw.com

    Julian M. Hall            julianmhall01@gmail.com

    Sharika M. Robinson      srobinson@sharikamrobinsonlaw.com

This the 24th day of October, 2019.

/s/ Robert J. Morris
Robert J. Morris
N.C. State Bar No. 15981
jmorris@smithlaw.com
SMITH ANDERSON BLOUNT DORSETT MITCHELL & JERNIGAN, LLP
2300 Wells Fargo Capitol Center
150 Fayetteville Street
Raleigh, North Carolina 27601
Telephone: (919) 821-1220
Facsimile: (919) 821-6800