IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION
No. 1:19-cv-00808-LCB-JLW

| | |
|---|---|
| ROSETTA SWINNEY, an individual and legal guardian and next friend to J.S., a minor, <br><br> Plaintiff, <br><br> v. <br><br> FRONTIER AIRLINES, INC.; INDIGO PARTNERS, LLC; ABC CORPORTION 1-5; JANE DOE and JOHN DOE 1-10, <br><br> Defendants. | **NOTICE OF SPECIAL APPEARANCE OF BRIAN T. MAYE** |

PLEASE TAKE NOTICE that the undersigned, Brian T. Maye, hereby enters a notice of special appearance as counsel for Frontier Airlines, Inc. and Indigo Partners, LLC in the above-captioned matter, in association with Robert J. Morris of Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan, LLP in Raleigh, North Carolina.

Mr. Maye is a member in good standing of the Illinois and North Carolina State Bars. Mr. Maye's complete contact information is set forth below.

This the 28th day of October, 2019.

/s/ Brian T. Maye
Brian T. Maye
North Carolina State Bar No. 24399
Illinois State Bar No. 6288778
ADLER MURPHY & McQUILLEN LLP
20 South Clark Street, Suite 2500
Chicago, IL 60603
Phone: (312) 345-0700

Fax: (312) 345-9860
bmaye@amm-law.com

Attorneys for Frontier Airlines, Inc.
and Indigo Partners, LLC

# CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of October, 2019, the foregoing NOTICE OF SPECIAL APPEARANCE OF BRIAN T. MAYE was filed with the Clerk of Court using the CM/ECF system, which will cause notice hereof to be sent to all attorneys of record.

This the 28th day of October, 2019.

/s/ Brian T. Maye
Brian T. Maye
North Carolina State Bar No. 24399
Illinois State Bar No. 6288778
ADLER MURPHY & McQUILLEN LLP
20 South Clark Street, Suite 2500
Chicago, IL 60603
Phone: (312) 345-0700
Fax:   (312) 345-9860
bmaye@amm-law.com