IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION
No. 1:19-cv-00808-LCB-JLW

ROSETTA SWINNEY, an individual )
and legal guardian and next friend to )
J.S., a minor, )
)
       Plaintiffs, )
)
v. )
)
FRONTIER AIRLINES, INC., *et al*.; )
)
       Defendants. )
)

## STIPULATION OF DISMISSAL AS
## TO DEFENDANT INDIGO PARTNERS, LLC

The parties to this action, each by their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate that the action against Defendant Indigo Partners, LLC is dismissed without prejudice, with each party to bear its own costs and attorney's fees. This stipulation does not affect the action against Defendant Frontier Airlines, Inc.

1

This the 4th day of December, 2019.

/s/ Robert J. Morris
Robert J. Morris
N.C. State Bar No. 15981
SMITH ANDERSON BLOUNT DORSETT
MITCHELL & JERNIGAN, LLP
2300 Wells Fargo Capitol Center
150 Fayetteville Street
Raleigh, North Carolina 27601
Telephone: (919) 821-1220
jmorris@smithlaw.com


Brian T. Maye
ADLER MURPHY & MCQUILLEN LLP
20 South Clark Street, Suite 2500
Chicago, IL 60603
Telephone: (312) 422-5713
bmaye@amm-law.com

*Attorneys for Indigo Partners, LLC and Frontier Airlines, Inc.*

/s/ Harry M. Daniels
Harry M. Daniels
DANIELS & JAMES, LLC
233 Peachtree Street NE Suite 1200
Tel: (678) 664-8529
daniels@danielsjameslaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing STIPULATION OF DISMISSAL AS TO DEFENDANT INDIGO PARTNERS, LLC was filed with the Clerk of Court using the CM/ECF system, which will cause notice hereof to be sent to all attorneys of record for plaintiff Rosetta Swinney as follows:

| | |
|---|---|
| Harry M. Daniels | daniels@danielsjameslaw.com |
| Julian M. Hall | julianmhall01@gmail.com |
| Sharika M. Robinson | srobinson@sharikamrobinsonlaw.com |

This the 4th day of December, 2019.

/s/ Robert J. Morris
Robert J. Morris
N.C. State Bar No. 15981
SMITH ANDERSON BLOUNT DORSETT
MITCHELL & JERNIGAN, LLP
2300 Wells Fargo Capitol Center
150 Fayetteville Street
Raleigh, North Carolina 27601
Telephone: (919) 821-1220
jmorris@smithlaw.com