IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION
No. 1:19-CV-00808-LCB-JLW

| | |
|---|---|
| ROSETTA SWINNEY, an individual and legal guardian and next of friend to J.S., a minor, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| FRONTIER AIRLINES, Inc.; Indigo Partners LLC; ABC Corporation 1-5; Jane Doe and John Doe 1-10, | ) ) ) ) |
| Defendants. | ) |

**DEFENDANT FRONTIER AIRLINES, INC.'S
MOTION TO DISMISS PLAINTIFF'S COMPLAINT AT LAW**

NOW COMES Defendant, Frontier Airlines, Inc. ("Frontier"), by and through its

undersigned counsel, submits this Motion to Dismiss Plaintiffs' Complaint at Law

pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a

claim upon which relief can be granted.

This motion is supported by the Brief in Support of Defendant's Motion to

Dismiss Plaintiffs' Complaint at Law filed contemporaneously herewith, the pleadings on

file, and any oral argument the Court may permit.

1

This the 6th day of December, 2019.

/s/ Robert J. Morris
Robert J. Morris
N.C. State Bar No. 15981
SMITH ANDERSON BLOUNT DORSETT
MITCHELL & JERNIGAN, LLP
2300 Wells Fargo Capitol Center
150 Fayetteville Street
Raleigh, North Carolina 27601
Telephone: (919) 821-1220
jmorris@smithlaw.com

Brian T. Maye
ADLER MURPHY & McQUILLEN LLP
20 South Clark Street, Suite 2500
Chicago, IL 60603
Telephone: (312) 422-5713
bmaye@amm-law.com

*Attorneys for Frontier Airlines, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing DEFENDANT FRONTIER AIRLINES, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT AT LAW was filed with the Clerk of Court using the CM/ECF system, which will cause notice hereof to be sent to all attorneys of record for plaintiff Rosetta Swinney as follows:

| | |
|---|---|
| Harry M. Daniels | daniels@danielsjameslaw.com |
| Julian M. Hall | julianmhall01@gmail.com |
| Sharika M. Robinson | srobinson@sharikamrobinsonlaw.com |

This the 6th day of December, 2019.

/s/ Robert J. Morris
Robert J. Morris
N.C. State Bar No. 15981
SMITH ANDERSON BLOUNT DORSETT
MITCHELL & JERNIGAN, LLP
2300 Wells Fargo Capitol Center
150 Fayetteville Street
Raleigh, North Carolina 27601
Telephone: (919) 821-1220
jmorris@smithlaw.com