IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION
FILE NUMBER 1:19-cv-00808-LCB-JLW

| | |
|---|---|
| **Rosetta Swinney**, an individual and legal guardian and next of friend to **J. S.,** a minor, <br><br> Plaintiff, <br><br> v. <br><br> **Frontier Airlines, Inc.; ABC Corporation 1-5; Jane Doe and John Doe 1-10** <br><br> Defendants. | CIVIL ACTION NO. 1:19-cv-00808-LCB-JLW |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, Plaintiff Rosetta Swinney, respectfully move the Court for leave to file the attached Proposed Amended Complaint. Rule 15 provides that "a party may amend its pleading [with]

the court's leave" and that "[t]he court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2). Allowing Plaintiff to file the Amended Complaint would serve justice and promote judicial efficiency. Further, there would be no substantial or undue prejudice, bad faith, undue delay, or futility.

For all these reasons, Plaintiff's respectfully request that this Court grant Plaintiff's leave to file the attached Proposed Amended Complaint. Also attached is a proposed order.

Respectfully submitted this 19th day of January 2020.

/s/Harry M. Daniels
Harry M. Daniels
Georgia Bar No.: 234158
Robert D. James
Georgia Bar No.: 389148

DANIELS & JAMES, LLC
233 Peachtree St. NE Ste. 1200
Atlanta, GA 30303
Tel. 678.664.8529
Fax. 800.867.5248
daniels@danielsjameslaw.com

Julian M. Hall
North Carolina Bar No.: 43398

The Law Office of Julian M. Hall
817 N Mangum Street
Durham, NC 27701
Tel. (919) 530-1130
Fax. (919) 530-1131
Julianmhall01@gmail.com

                                                 Sharika M. Robinson
                                                 North Carolina Bar No.: 44750

Sharika M. Robinson
The Law Offices of Sharika M. Robinson, PLLC
10230 Berkeley Place Drive
Charlotte, NC 28262
Tel. 704.561.6771
Fax. 704.561.6773
srobinson@sharikamrobinsonlaw.com

## CERTIFICATE OF WORD COUNT

I hereby certify that this brief complies with the word limits of Local Civil Rule 7.3(d) because, excluding the parts exempted by the rule, the brief contains 421 words.


Respectfully submitted,

/s/ Harry M. Daniels
Harry M. Daniels

4

Case 1:19-cv-00808-LCB-JLW   Document 17   Filed 01/19/20   Page 4 of 5

CERTIFICATE OF SERVICE

I hereby certify that I have this day filed the foregoing PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT with the Clerk of Court using the court's CM/ECF system, which will send electronic notice to all counsel of record, as follows:

> Robert J. Morris
> SMITH ANDERSON BLOUNT DORSETT
> MITCHELL & JERNIGAN, LLP
> 2300 Wells Fargo Capitol Center
> 150 Fayetteville Street
> Raleigh, North Carolina 27601
> Telephone: (919) 821-1220
> jmorris@smithlaw.com
> Brian T. Maye
> ADLER MURPHY &MCQUILLEN LLP
> 20 South Clark Street, Suite 2500
> Chicago, IL 60603
> Telephone: (312) 422-5713
> bmaye@amm-law.com

This 19th day of January 2020.

/s/ Harry M. Daniels
Harry M. Daniels