IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION
FILE NUMBER No. 1:19-cv-00808-LCB-JLW

| | |
|---|---|
| **Rosetta Swinney**, an individual and legal guardian and next of friend to **J. S.,** a minor,<br><br>Plaintiff,<br><br>v.<br><br>**Frontier Airlines, Inc.; ABC Corporation 1-5; Jane Doe and John Doe 1-10**<br><br>Defendants. | CIVIL ACTION NO. 1:19-cv-00808-LCB-JLW |

## ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

This matter came before the Court on Plaintiff's Motion for Leave to File Amended Complaint.

The Court, having found good cause for same, IT IS HEREBY ORDERED as follows:

1. Plaintiff is granted leave to file her amended complaint within 14 days of this order.

SO ORDERED, this the ____ day of January, 2020.

_____
Judge Joe L. Webster
United States Magistrate Judge