IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION
FILE NUMBER No. 1:19-cv-00808-LCB-JLW

| | |
|---|---|
| **Rosetta Swinney**, an individual and legal guardian and next of friend to **J. S.,** a minor,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>**Frontier Airlines, Inc.; ABC Corporation 1-5; Jane Doe and John Doe 1-10**<br><br>　　　　　　　　Defendants. | CIVIL ACTION NO.<br>1:19-cv-00808-LCB-JLW |

## ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

---

This matter came before the Court on Plaintiff's Motion for Leave to File Amended Complaint.

The Court, having found good cause for same, IT IS HEREBY ORDERED as follows:

1. Plaintiff is granted leave to file her amended complaint within 14 days of this order.

SO ORDERED, this the _____ day of January, 2020.

_____
Judge Loretta Copeland Biggs
United States District Court