IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION
No. 1:19-cv-00808-LCB-JLW

| | |
|---|---|
| ROSETTA SWINNEY, an individual and legal guardian and next friend to J.S., a minor, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) **NOTICE OF SPECIAL APPEARANCE** ) **OF AARON M. WHITE** ) |
| FRONTIER AIRLINES, INC., et al. | ) ) ) ) |
| Defendants. | ) |

PLEASE TAKE NOTICE that the undersigned, Aaron M. White, hereby enters a notice of special appearance as counsel for Frontier Airlines, Inc. and Indigo Partners, LLC in the above-captioned matter, in association with Robert J. Morris of Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan, LLP in Raleigh, North Carolina.

Mr. White is a member in good standing of the Illinois State Bar. Mr. White's complete contact information is set forth below.

This the 27th day of February, 2020

/s/ Aaron M. White
Aaron M. White
Illinois State Bar No. 6321717
ADLER MURPHY & McQUILLEN LLP
20 South Clark Street, Suite 2500
Chicago, IL 60603
Phone: (312) 345-0700
Fax:   (312) 345-9860

1

awhite@amm-law.com

Attorneys for Frontier Airlines, Inc.
and Indigo Partners, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of February, 2020 the foregoing NOTICE OF SPECIAL APPEARANCE OF AARON M. WHITE was filed with the Clerk of Court using the CM/ECF system, which will cause notice hereof to be sent to all attorneys of record.

This the 27th day of February, 2020.

/s/ Aaron M. White
Aaron M. White
Illinois State Bar No. 6321717
ADLER MURPHY & McQUILLEN LLP
20 South Clark Street, Suite 2500
Chicago, IL 60603
Phone: (312) 345-0700
Fax:   (312) 345-9860
awhite@amm-law.com