IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ROSETTA SWINNEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:19CV808 |
| ) | |
| FRONTIER AIRLINES, INC., et al ) | |
| ) | |
| Defendant. ) | |

NOTICE TO COUNSEL OF FAILURE
TO MAKE SERVICE WITHIN 90 DAYS

The docket in this action does not reflect that service has been obtained upon defendants **ABC Corporation 1-5 and Jane Doe and John Doe 1-10**. Federal Rule of Civil Procedure 4(m) provides that if a defendant is not served within 90 days of the filing of the Amended Complaint, the court on motion or its own after notice to the plaintiff must dismiss the action without prejudice or order that service be made within a specified time. You are hereby notified that you have 14 days to respond to this notice. At the end of the period, the record will be forwarded to the district judge to whom the action is assigned for further action. Failure to respond to this notice within the time allotted may result in dismissal of the action without prejudice as to defendants **ABC Corporation 1-5 and Jane Doe and John Doe 1-10**

JOHN S. BRUBAKER, CLERK

By: /s/ Debbie Blay
Deputy Clerk

Date: October 20, 2020