IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ROSETTA SWINNEY,            )
                            )
        Plaintiff,           )
                            )
   v.                        )      1:19CV808
                            )
FRONTIER AIRLINES, INC., et al.,  )
                            )
        Defendants.          )

## ORDER DISMISSING ACTION WITHOUT PREJUDICE
## FOR FAILURE TO OBTAIN SERVICE

The record in this action indicating that Plaintiff has not obtained service upon Defendants ABC Corporation 1-5, Jane Doe and John Doe 1-10 within 90 days after filing of the amended complaint, and Plaintiff, after notice, not having demonstrated good cause why such service was not made within the period, THIS ACTION IS DISMISSED WITHOUT PREJUDICE as to Defendants ABC Corporation 1-5, Jane Doe and John Doe 1-10.

IT IS SO ORDERED.

This, the 4th day of November 2020.

/s/ Loretta C. Biggs
United States District Judge