IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| ROSETTA SWINNEY, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:19CV808 |
| | ) | |
| FRONTIER AIRLINES, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER APPROVING JOINT RULE 26(f) REPORT**

The Court has reviewed the Joint Rule 26(f) Report (Docket Entry 28) submitted by the parties and approves it with the following modification:

- The deadline to file dispositive motions in this matter shall be February 11, 2022; responses to such motions shall be filed no later than February 25, 2022; and replies, if any, shall be filed no later than March 4, 2022.

_____
Joe L. Webster
United States Magistrate Judge

Date: January 7, 2021