# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
## GREENSBORO DIVISION

| | |
|---|---|
| ROSETTA SWINNEY, an individual and legal guardian and next of friend to J.S., a minor, | Case No. 1:19-cv-00808-LCB-JLW |
| Plaintiffs, | District Judge Loretta C. Biggs |
| v. | Magistrate Judge Joe L. Webster |
| FRONTIER AIRLINES, INC., | |
| Defendant. | |

## NOTICE OF SETTLEMENT

Pursuant to Local Rule 83.3, please be advised that the parties, through counsel, have agreed upon terms to settle this matter. A stipulated dismissal will be filed in due course.

January 25, 2022

Respectfully submitted,

/s/ Brian T. Maye
Brian T. Maye
Aaron M. White
Adler Murphy & McQuillen LLP
20 S. Clark Street, Suite 2500
Chicago, Illinois 60603
Telephone: (312) 345-0700
bmaye@amm-law.com
awhite@amm-law.com

Robert J. Morris
SMITH ANDERSON BLOUNT DORSETT
MITCHELL & JERNIGAN, LLP
2300 Wells Fargo Capitol Center
150 Fayetteville Street
Raleigh, North Carolina 27601

1

Telephone: (919) 821-1220
jmorris@smithlaw.com

**Attorneys for Defendant, Frontier Airlines, Inc.**

/s/ Harry M. Daniels (with consent)

Harry M. Daniels
Daniels & James, LLC
233 Peachtree St. NE Ste. 1200
Atlanta, GA 30303
Telephone: (678) 664-8529
daniels@danielsjameslaw.com

**Attorneys for Plaintiffs**

2

**CERTIFICATE OF SERVICE:**

I hereby certify that on January 25, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF e-filing system.

/s/ Brian T. Maye
Brian T. Maye
Aaron M. White
Adler Murphy & McQuillen LLP
20 S. Clark Street, Suite 2500
Chicago, Illinois 60603
Telephone: (312) 345-0700
bmaye@amm-law.com
awhite@amm-law.com
