IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ROSETTA SWINNEY, an Individual<br>And Legal Guardian and Next Friend to<br>J.S., a minor,<br><br>Plaintiff,<br><br>v.<br><br>FRONTIER AIRLINES, INC, et al.,<br><br>Defendants. | 1:19CV808 |

## ORDER

The court having considered the petition of Rosetta Swinney, for the appointment of Rosetta Swinney as guardian ad litem for J.S. who is a minor and good cause shown,

IT IS HEREEBY ORDERED that Rosetta Swinney be, and she is, hereby appointed as guardian ad litem for J.S., a plaintiff in the above-entitled action, and she is authorized to institute and prosecute the action mentioned in the petition.

This, the 17th day of February 2022.

/s/ Loretta C. Biggs
United States District Judge