IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION
No. 1:19-cv-00808-LCB-JLW

| | |
|---|---|
| ROSETTA SWINNEY, an individual and legal guardian and next friend to J.S., a minor,<br><br>       Plaintiff,<br><br>v.<br><br>FRONTIER AIRLINES, INC., et al.,<br><br>       Defendants. | MOTION FOR AN EXTENSION OF TIME TO FILE STIPULATION OF DISMISSAL |

NOW COME Plaintiff Rosetta Swinney (hereinafter "Plaintiff"), by and through her undersigned counsel of record pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure and moves this Court for an Order extending the time in which to file Stipulation of Dismissal. In support of this Motion, Plaintiff respectfully shows unto this Court the following:

1. Plaintiff instituted the present action by filing a Complaint on August 8, 2019 [D.E. 1], which was amended and refiled on July 27, 2020 [D.E. 21].

2. On January 25, 2022, and pursuant to Local Rule 83.3, the parties informed the Court through counsel, they have agreed upon terms to settle this matter. [D.E. 31].

3. On January 26, 2022, a deadline of February 25, 2022, was set for parties to file a stipulation of dismissal.

4. On February 16, 2022, Plaintiff file a Motion to Appoint Plaintiff guardian ad litem for J.S. [D.E. 32].

5. On February 17, 2022, the Court enter Order appointing Plaintiff guardian ad litem for J.S. [D.E. 33].

6. Due to the complexity of settling claims on the behalf of a minors in the State of North Carolina, the Plaintiff is requesting an additional 45 days to submit her motion to the Court to approve J.S.'s settlement.

7. The undersigned has contacted Plaintiffs' counsel, who consents to the granting of this Motion.

8. This Motion is made in good faith, is believed to be reasonably necessary, and is not made with the intent to delay.

Based upon the forgoing, the undersigned respectfully requests that this Court enter an order permitting Plaintiff an additional forty-five (45) days in which to submit her motion to the Court for approval of J.S.'s settlement and a 30 day extension to file a Stipulation of Dismissal, if the Court approve J.S.'s settlement.

Respectfully submitted, this the 25th day of February 2022.

/s/Harry M. Daniels
Harry M. Daniels
Georgia Bar No.: 234158

DANIELS & JAMES, LLC

233 Peachtree St. NE Ste. 1200
Atlanta, GA 30303
Tel. 678.664.8529
Fax. 800.867.5248
daniels@danielsjameslaw.com

/s/Julian M. Hall
Julian M. Hall
North Carolina Bar No.: 43398

The Law Office of Julian M. Hall
817 N Mangum Street Durham, NC 27701
Tel. (919) 530-1130
Fax. (919) 530-1131

Julianmhall01@gmail.com

                                            */s/Sharika M. Robinson*
                                            Sharika M. Robinson
                                            North Carolina Bar No.: 44750

The Law Offices of Sharika M. Robinson, PLLC
10230 Berkeley Place Drive
Charlotte, NC 28262
Tel. 704.561.6771
Fax. 704.561.6773
srobinson@sharikamrobinsonlaw.com

CERTIFICATE OF SERVICE

I hereby certify that I have this day filed the foregoing MOTION FOR AN EXTENSION OF TIME TO FILE STIPULATION OF DISMISSAL with the Clerk of Court using the court's CM/ECF system, which will send electronic notice to all counsel of record, as follows:

Robert J. Morris
SMITH ANDERSON BLOUNT DORSETT MITCHELL & JERNIGAN,
LLP 2300 Wells Fargo Capitol Center
150 Fayetteville Street
Raleigh, North Carolina 27601
jmorris@smithlaw.com

Brian T. Maye
ADLER MURPHY &MCQUILLEN LLP
20 South Clark Street, Suite 2500
Chicago, IL 60603
bmaye@amm-law.com

This 25th day of February 2022.

*/s/ Harry M. Daniels*
Harry M. Daniels