IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION
No. 1:19-cv-00808-LCB-JLW

| | |
|---|---|
| ROSETTA SWINNEY, an individual and legal guardian and next friend to J.S., a minor, <br><br> Plaintiff, <br><br> v. <br><br> FRONTIER AIRLINES, INC., et al., <br><br> Defendants. | ***JOINT MOTION TO FILE DOCUMENTS UNDER SEAL*** |

COME NOW Plaintiff, by and through her undersigned counsel of record, and Defendant, Frontier Airlines, Inc., by and through its undersigned counsel of record, and hereby respectfully move this Honorable Court to enter an order that enables the parties to file under seal their joint motion to approve the settlement for the minor in this action. The joint motion contains proposed settlement amount and confidential attorney client privileged information.

DATE: April 11, 2022

| | |
|---|---|
| /s/Harry M. Daniels | /s/ Brian T. Maye |
| Harry M. Daniels | Brian T. Maye |
| DANIELS & JAMES, LLC | Aaron M. White |
| 233 Peachtree St. NE Ste. 1200 | Adler Murphy & McQuillen LLP |
| Atlanta, GA 30303 | 20 S. Clark Street, Suite 2500 |
| Tel. 678.664.8529 | Chicago, Illinois 60603 |
| Fax. 800.867.5248 | Telephone: (312) 345-0700 |
| daniels@danielsjameslaw.com | bmaye@amm-law.com |