IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION
No. 1:19-cv-00808-LCB-JLW

| | |
|---|---|
| ROSETTA SWINNEY, an individual and legal guardian and next friend to J.S., a minor, | )<br>)<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| FRONTIER AIRLINES, INC., et al., | )<br>)<br>) |
| Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Comes now plaintiff Rosetta Swinney, by and through her undersigned counsel of record, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and hereby dismisses all Defendants and all claims asserted against it, with prejudice, with each party shall bear their own attorneys' fees and costs.

This 25th day of May 2022.

| | |
|---|---|
| /s/Harry M. Daniels | /s/ Brian T. Maye |
| Harry M. Daniels | Brian T. Maye |
| DANIELS & JAMES, LLC | Aaron M. White |
| 233 Peachtree St. NE Ste. 1200 | Adler Murphy &amp; McQuillen LLP |
| Atlanta, GA 30303 | 20 S. Clark Street, Suite 2500 |
| Tel. 678.664.8529 | Chicago, Illinois 60603 |
| Fax. 800.867.5248 | Telephone: (312) 345-0700 |
| daniels@danielsjameslaw.com | bmaye@amm-law.com |